IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Corsby, Tina

Printed: 2/26/08

Case Number: 07 B 22162
Judge: Goldgar, A. Benjamin
Filed: 11/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 357.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 357.00 |
| Totals: | 357.00 | 357.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Santander Consumer USA | Secured | 7,340.00 | 0.00 |
| 2. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 3. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 4. | Crescent Recovery | Unsecured | 925.60 | 0.00 |
| 5. | Santander Consumer USA | Unsecured | 41.94 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 37.68 | 0.00 |
| 7. | Illinois Designated Student Loan | Priority | | No Claim Filed |
| 8. | Illinois Designated Student Loan | Priority | | No Claim Filed |
| 9. | Illinois Designated Student Loan | Priority | | No Claim Filed |
| 10. | Illinois Designated Student Loan | Priority | | No Claim Filed |
| 11. | Illinois Designated Student Loan | Priority | | No Claim Filed |
| 12. | Illinois Designated Student Loan | Priority | | No Claim Filed |
| 13. | Illinois Designated Student Loan | Priority | | No Claim Filed |
| 14. | Illinois Designated Student Loan | Priority | | No Claim Filed |
| 15. | Illinois Designated Student Loan | Priority | | No Claim Filed |
| 16. | Internal Revenue Service | Priority | | No Claim Filed |
| 17. | H&F Law | Unsecured | | No Claim Filed |
| 18. | American Collection Corp | Unsecured | | No Claim Filed |
| 19. | American Collection Corp | Unsecured | | No Claim Filed |
| 20. | IC System Inc | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Universal Underwriters | Unsecured | | No Claim Filed |
| 24. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 25. | Superior Asset Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Corsby, Tina | Case Number: 07 B 22162 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 2/26/08 | Filed: 11/27/07 |

| | | | |
|---|---|---|---|
| 26. Illinois Collection Service | Unsecured | | No Claim Filed |
| 27. Tri State Adjustment | Unsecured | | No Claim Filed |
| 28. United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 8,345.22 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____